7/22/08

United States District Court,
Northern District of Illinois

Fells v. McAlpin

**FILED**

JUL 2 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

Case:
#08C50114

Now Come Plaintiff Jimmy L. Fells Requesting The Court For A Continual of Case That Was Set For July 25, 08 9:00 A.M.

Due To The Fact That Plaintiff Will Be Working That Court Date. Asking The Court To Set Another Court Date 8/1/08 9:00 A.M.

Thanks, You
Mr. Jimmy Fells
Plaintiff