# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50114 | **DATE** | 7/23/2008 |
| **CASE TITLE** | Fells vs. McAlpin | | |

**DOCKET ENTRY TEXT:**

Plaintiff's request to reschedule hearing from July 25, 2008 to August 1, 2008 at 9:00 a.m. is granted. Failure of plaintiff to personally appear on August 1, 2008 at 9:00 a.m. may result in denial of the application to proceed in forma pauperis and motion for appointment of counsel and dismissal of the case.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | sw |
|---|---|---|

Case 3:08-cv-50114   Document 7   Filed 07/23/2008   Page 1 of 1

08C50114 Fells vs. McAlpin                                                                 Page 1 of 1