## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50114 | **DATE** | 7/29/2008 |
| **CASE TITLE** | Fells vs. McAlpin | | |

**DOCKET ENTRY TEXT:**

Due to the court's schedule, hearing set for August 1, 2008 is reset to August 8, 2008 at 9:00 a.m. Failure of plaintiff to personally appear on August 8, 2008 at 9:00 a.m. may result in denial of the application to proceed in forma pauperis and motion for appointment of counsel and dismissal of the case.

*[signature: Frederick J. Kapala]*

Notices mailed by judge's staff.

| | Courtroom Deputy | sw |
|---|---|---|