# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50114 | **DATE** | 8/8/2008 |
| **CASE TITLE** | Fells vs. McAlpin | | |

**DOCKET ENTRY TEXT:**

Motion hearing held. Plaintiff's application to proceed in forma pauperis and motion for appointment of counsel are denied. $350 filing fee to be paid in monthly installments according to the following schedule: $100 due immediately, additional $100 due 09/08/2008, additional $100 due 10/08/08, and $50 due 11/10/08. Failure to make payments in accordance with this schedule will result in dismissal of this case without prejudice.

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | sw |
|---|---|---|